N. P. Severin and A. N. Severin, trading as N. P. Severin Company, appellees, v. The Flanagan & Biedenweg Company, appellant. Gen. No. 31,445.

Action to recover damages caused by poor quality of material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Paul B. Lauher, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

John W. Bennett, for appellant. Fred W. Kraft, for appellees; J. E. Yaffe, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Barron G. Collier, Inc., appellee v. McNichols & Kimmel, Inc., appellant. Gen. No. 31,454.

Action on written contract for services rendered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

Harold L. Feigenholtz and Solberg, Hummeland & Winans, for appellant; Kellam Foster, of counsel. Osborne, Kline & McGurren, for appellee; Wilson L. Kline, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

James M. Larson and Paul P. Kelley, trading as Arryon Electrical Company, appellees, v. Burge Ice Machine Company, appellant. Gen. No. 31,490.

Action for balance due for work done and materials furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Donovan D. McCarty, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Judgment reversed with a finding of fact. Opinion filed June 13, 1927.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. McBride & Brenner, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

Jacob Bass, appellee, v. Samuel R. Cooper, appellant. Gen. No. 31,486.

Action to recover damages from insurance broker for nonpayment of plate glass indemnity insurance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed with a finding of facts. Opinion filed June 14, 1927.

Harry G. Hershenson, for appellant. Russell B. Burt, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.